IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SERGEI S. YATES, INDIVIDUALLY AND AS SOLE BENEFICIARY OF THE CHARLES B. YATES 1998 IRREVOCABLE TRUST NO. 2 AND THE SERGEI S. YATES SETTLEMENT TRUST, <br><br> *Plaintiff,* <br><br> v. <br><br> ROY D. YATES, WINIFRED BENCHLEY, PNC BANK, AND ROBERT J. DELTUFO, ESQUIRE <br><br> *Defendants.* | **JURY TRIAL DEMANDED** <br><br> Civil Action No. <br> 3:13-cv-03951-PGS-TJB |

**VOLUNTARY DISMISSAL OF DEFENDANT ROBERT J. DELTUFO, ESQ. PURSUANT TO RULE 41(a)(1)(A)**

Plaintiff Sergei S. Yates, by and through the undersigned counsel, files this voluntary dismissal without prejudice of Defendant Robert J. DelTufo, Esq. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Respectfully Submitted,

/s/ Danielle M. Weiss
DANIELLE M. WEISS, ESQ.
*Attorney for Plaintiff*
Haines & Associates
1835 Market Street
Suite 2420
Philadelphia, Pennsylvania 19103
215-246-2200 Phone
215-246-2211 Fax

Dated: October 18, 2013

## CERTIFICATE OF SERVICE

I, Danielle M. Weiss, Esquire, hereby certify on this, the 18th day of October, 2013, a true and correct copy of the foregoing *Voluntary Dismissal of Defendant Robert J. DelTufo, Esq. Pursuant to Rule 41(a)(1)(A)* in the above captioned matter was filed via the E-Filing System and will be served upon the following parties electronically, via the Court's electronic filing system:

> Lawrence T. Neher, Esquire
> Roy J. Thibodaux, III, Esquire
> Berkowitz, Lichtstein, Kuritsky,
> Giasullo & Gross, LLC
> 75 Livingston Avenue
> Roseland, NJ 07068
> *Attorneys for PNC Bank*
>
> Charles H. Wampold, III, Esquire
> Drinker Biddle & Reath, LLC
> 105 College Road E
> Princeton, NJ 08540
> *Attorney for Wendy Benchley*
>
> Gary A. Prince, Jr., Esquire
> John R. Haggerty, Esquire
> Mantell, Prince & Reynolds, P.C.
> Mountain Heights Center at Berkeley Heights
> 430 Mountain Avenue, Suite 113
> Murray Hill, NJ 07974
> *Attorneys for Roy D. Yates*
>
> Linda G. Harvey, Esquire
> Greenberg Dauber Epstein & Tucker
> One Gateway Center, Suite 600
> Newark, NJ 07102
> *Attorney for Robert J. DeiTufo, Esq.*

By:   /s/ Danielle M. Weiss